974

No. 617. GENERAL PRECISION, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *David L. Benetar* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 621. BARBATO, TRUSTEE IN BANKRUPTCY v. LIVINGSTON NATIONAL BANK. C. A. 3d Cir. Certiorari denied. *Allan L. Tumarkin* for petitioner. *Herman D. Michels* and *Roger L. Toner* for respondent.

No. 622. BRANDYWINE-MAIN LINE RADIO, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Roger Robb* and *H. Donald Kistler* for petitioners. *Acting Solicitor General Spritzer* and *Henry Geller* for respondents.

No. 624. BOSTON & PROVIDENCE RAILROAD STOCKHOLDERS DEVELOPMENT GROUP v. BARTLETT, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 1st Cir. (See No. 661, Misc., *supra*, p. 967.) Certiorari denied. *Armistead B. Rood* for petitioner. *James Garfield, James Wm. Moore* and *Robert W. Blanchette* for respondents Smith et al., Trustees of the property of New York, New Haven & Hartford Railroad Co., *Robert W. Meserve* for respondent Boston & Providence Railroad Corp. Stockholders Committee, *Charles Y. Wadsworth* for respondent Boston & Providence Railroad Corp., and *Acting Solicitor General Spritzer* for respondent United States.

No. 625. DREW v. LAWRIMORE ET AL. C. A. 4th Cir. Certiorari denied. *E. N. Zeigler* for petitioner. *Solicitor General Griswold* for respondents.